IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN L. VIA                                               PLAINTIFF

v.                        Case No. 10-6001

LT. FLOYD BRANTLEY, et al.                               DEFENDANTS

## **ORDER**

Now on this 20th day of September 2011, there comes on for consideration the report and recommendation filed herein on August 30, 2011 (doc. 57), by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  No objections to the reports and recommendations were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendants' Motion for Summary Judgment (doc. 33) is GRANTED.  Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge